UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERMAN BRITT,<br><br>                         Plaintiff,<br><br>v.<br><br>Aries Financial, LLC, Divine Intervention Institute, Inc., Andrew Morse, Douglas Kahan<br><br><br><br>                         Defendants. | Civil Action No.: 09-CV-2398<br>(RJD) (ALC) |

## ORDER
### Granting Motion for Admission *Pro Hac Vice*

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorneys, Matthew A. Brinegar and Nina F. Simon, are permitted to argue or try this particular case in whole or in part as counsel for Plaintiff Herman Britt.

This Order confirms your appearances as counsel in this case, and it will be entered on the Court's docket. A notation of your admissions *pro hac vice* for the above-listed case will be made on the roll of attorneys.

The attorneys admitted *pro hac vice* must serve a copy of this Order on all other counsel and pro se parties in this case.

DATED: 3/11/10

United States ~~District~~ Judge
Magistrate