## LIST OF EXHIBITS

| | |
|---|---|
| Exhibit A | Charts outlining history of discovery disputes |
| Exhibit B | Plaintiff's First Set of Interrogatories and Request for Production of Documents (Aries Financial, LLC) |
| Exhibit C | Response to Plaintiff's First Set of Interrogatories and Request for Production of Documents by Defendant Aries Financial, LLC |
| Exhibit D | Portions of April 22, 2010 Deposition of Douglas Kahan |
| Exhibit E | Portions of May 20, 2010 Deposition of Albert London |
| Exhibit F | Portions of May 27, 2010 Deposition of Albert London |
| Exhibit G | Portions of May 13, 2010 Deposition of Albert London in *DaSilva v. Aries Investments, LLC* |
| Exhibit H | Portions of June 22, 2010 Deposition of Candice London |
| Exhibit I | Portions of June 24, 2010 Deposition of Carol Laxner |
| Exhibit J | Portions of June 30, 2010 and July 28, 2010 Depositions of Lawrence Ramaekers |
| Exhibit K | Portions of July 30, 2010 Deposition of Fredric Powell |
| Exhibit L | Letter of Jennifer Light dated July 14, 2010 |
| Exhibit M | Plaintiff's Second Request for Production of Documents |
| Exhibit N | Letter of Frederick Sosinsky dated August 13, 2010 |
| Exhibit O | Plaintiff's Second Set of Interrogatories and Third Request for Production of Documents |
| Exhibit P | Letter of Frederick Sosinsky dated October 15, 2010 |
| Exhibit Q | Letter of Matthew Brinegar dated November 5, 2010 |
| Exhibit R | Department of State Corporate Entity Registration Information for Ramgallon, LLC |
| Exhibit S | Aries Business Plan |
| Exhibit T | Letter of Frederick Sosinsky dated November 17, 2010 |
| Exhibit U | E-mail of Albert London dated January 23, 2010 |
| Exhibit V | Legal Memorandum from Jared Namm to Albert London dated August 23, 2010 |
| Exhibit W | E-mails of Lawrence Ramaekers dated August 17, 2010, July 1, 2009, July 2, 2009, and May 27, 2009 |
| Exhibit X | Letter of Karuna Patel dated December 14, 2010 |
| Exhibit Y | Excerpts of Loan Agreement between Aries and Wachovia Bank dated March 24, 2006 |
| Exhibit Z | Letter of Frederick Sosinsky dated January 5, 2011 |
| Exhibit AA | Plaintiff's First Set of Interrogatories and Request for Production of Documents (Douglas Kahan) |
| Exhibit BB | Douglas Kahan's Responses to Interrogatories |
| Exhibit CC | Letter of Douglas Kahan dated August 11, 2010 |
| Exhibit DD | E-mail of Douglas Kahan dated November 17, 2010 |
| Exhibit EE | Letter of Douglas Kahan dated January 10, 2011 |