Docket & File

# MINUTE ENTRY

JOAN M. AZRACK, USMJ  DATE: 2/1/12
DOCKET: 09-CV-2398 (ENV)  CASE: Britt v. Aries Financial LLC, et al.

☐ *Docket Clerks are directed to enter the following motions prior to docketing the minute entry:*

Oral motion for _____ by _____
Oral motion for _____ by _____

☐ TELEPHONE   ☒ IN-PERSON

**CIVIL CAUSE FOR:**

☐ INITIAL CONF.   ☐ STATUS CONF.   ☒ SETTLEMENT CONF.   ☐ DISCOVERY CONF.
☐ OTHER: _____

Time in court: ☐ 15   ☐ 30   ☐ 45   ☐ 60   ☒ Other: 2 hr

FOR PLAINTIFF: Jennifer Light (South Brooklyn Legal)
 Jennifer Sinton (South Brooklyn Legal); Karuna Patel (Center for Responsible Lending, DC)

FOR DEFENDANT: Frederick Sosinsky (Aries)
 Douglas Kahan (pro se)

☐ *Docket Clerks are directed to enter the following Discovery Order(s):*

Sett. conf. held

Def counsel to contact chambers by 2/7/12

☐ *Docket Clerks are directed to enter the following Scheduling Order(s):*

☐ Next conference on _____   ☐ Telephone   ☐ In-Person
☐ Pre-Trial Order by _____